UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM S. HILTS,

       Plaintiff,                       Case No. 07-13564

v.                                         District Judge Marianne O. Battani
                                            Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.
_____/

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS

Before the Court is an Application to Proceed In Forma Pauperis [Docket #2] submitted by Plaintiff, William S. Hilt. Having reviewed the Plaintiff's affidavit, the Court is satisfied that he is unable to pay the filing fee otherwise required. Accordingly, pursuant to 28 U.S.C. § 1915(a), Plaintiff's Application [Docket #2] is GRANTED, and he will be permitted to commence and proceed with this suit without prepayment of filing fees.

SO ORDERED.

                                                     S/R. Steven Whalen
                                                     R. STEVEN WHALEN
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on September 20, 2007.

                                              S/Gina Wilson
                                              Judicial Assistant